FILED

2008 DEC 18 PM 4:06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: _____

LODGED

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

2008 DEC 17 PM 4:40

BY: _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RUSSELL MOON, | CASE NO. CV08-08327 AG |
| Petitioner, | [~~PROPOSED~~] |
| vs. | ORDER STAYING EXECUTION OF DEATH SENTENCE; AND REFERRING THE MATTER TO THE DEATH PENALTY COMMITTEE FOR SUGGESTION OF APPOINTED COUNSEL |
| Robert L. Ayers, Jr., Warden of California State Prison at San Quentin | |
| Respondent. | |

    Upon request of petitioner, and pursuant to Local Rules 83-17.4 (a) and (b), and 83-17.6 (a) and (c),

    IT IS HEREBY ORDERED that the execution of Petitioner's sentence of death and any and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed pending the disposition of Richard Moon's Petition for Writ of Habeas Corpus and throughout all appellate proceedings in this matter, and the stay of execution shall terminate when the mandate of the Ninth Circuit Court of Appeals is issued, filed, and spread on the minutes of the United States District Court, unless otherwise ordered by this Court or the Ninth Circuit.

1  It is FURTHER ORDERED, that this matter be referred to the Death Penalty
2  Committee for the United States District Court, Central District of California, for
3  recommendation of qualified counsel to represent petitioner in these proceedings.

4  The Clerk of the Court shall serve a certified copy of this ORDER on: respondent,
5  Robert L. Ayers, Jr., Warden of San Quentin Prison; the Clerk of the Los Angeles County
6  Superior Court; Steve Cooley, District Attorney of Los Angeles County; Sean Kennedy,
7  Federal Public Defender for the Central District of California; Michael G. Millman, Executive
8  Director of the California Appellate Project, San Francisco; and Jason Tran, Deputy Attorney
9  General of the State of California.

11  DATED: **DEC 18, 2008**                              _____
                                                          UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, **Iliana Hernandez**, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled below; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of the attached **ORDER STAYING EXECUTION OF DEATH SENTENCE; AND REFERRING THE MATTER TO THE DEATH PENALTY COMMITTEE FOR SUGGESTION OF APPOINTED COUNSEL** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand-delivery addressed as follows: | [X] Placing same in a sealed envelope for collection and mailing via the United States Post Office, addressed as follows: **[See attached service list]** | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

This proof of service is executed at Los Angeles, California, on **December 17, 2008**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
ILIANA HERNANDEZ

# SERVICE LIST

| | |
|---|---|
| Clerk of the Court<br>Los Angeles Superior Court<br>210 W. Temple Street<br>Los Angeles, California 90012 | Robert L. Ayers, Jr., Warden<br>San Quentin State Prison<br>San Quentin, California 94964 |
| Sean Kennedy<br>Federal Public Defender<br>321 East 2nd Street<br>Los Angeles, California 90012 | Michael Millman<br>California Appellate Project<br>101 Second Street, Suite #600<br>San Francisco, CA 94105 |
| Death Penalty Habeas Law Clerks<br>United States District Court<br>312 N. Spring Street<br>Los Angeles, California 90012 | Jason Tran<br>Deputy Attorney General<br>Office of the Attorney General<br>300 S. Spring Street<br>Los Angeles, California 90013 |
| Los Angeles County District Attorney<br>Appellate Division<br>210 West Temple Street<br>Los Angeles, California 90022 | Mr. Arthur Lindars,<br>Attorney at Law<br>2050 North Garey, Suite 2<br>Pomona, California 91767 |
| Mr. Richard Russell Moon<br>P.O. Box E-96800<br>San Quentin State Prison<br>San Quentin, California 94974 | State Public Defender's Office<br>221 Main Street, 10th Floor<br>San Francisco, California 94105 |

[Proposed] Order Staying Execution