1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RUSSELL MOON,<br><br>      Petitioner,<br><br>      v.<br><br>RON BROOMFIELD, Warden, California State Prison at San Quentin,<br><br>      Respondent. | Case No. LA CV 08-08327 JAK<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT**<br><br>**JS-6** |

Pursuant to the Order Granting Habeas Relief, IT IS HEREBY ORDERED AND ADJUDGED that the First Amended Petition is CONDITIONALLY GRANTED and the sentence of death in the matter *People v. Moon*, Case No. KA004445 of the Superior Court of Los Angeles, is VACATED.

IT IS FURTHER ORDERED that the State of California shall, within 120 days from the entry of this Judgment, either grant Petitioner a new penalty phase trial, or vacate the death sentence and resentence Petitioner in accordance with California law and the United States Constitution.

///
///
///
///

The Clerk is ordered to enter this judgment and immediately notify the Warden of San Quentin Prison of it.

IT IS SO ORDERED.

Dated: October 21, 2021

John A. Kronstadt
U.S. DISTRICT JUDGE